GUSTAVE KRAVTZOFF, Appellant, v. KARL ZAHNLECKER, Respondent.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, with leave to the defendant to serve an amended answer within ten days after service of order on payment of said costs, on the authority of Hopkinson v. Lehigh Valley R. R. Co. (249 N. Y. 296) and

*Graham* v. *Buffalo General Laundries Corp.* (261 id. 165). Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.